UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

| | |
|---|---|
| Lawrence F Denys | CHAPTER 13 |
| | CASE NO: 10-50514 |
| and | JUDGE: Tucker |
| Teresa D Trumph-Denys | |
| <u>Debtors</u> | |
| Lawrence F Denys | Adversary Case No 10-05057 |
| and | |
| Teresa D Trumph-Denys | |
| Plaintiffs | |
| v | |
| Green Tree | |
| <u>Defendant</u> | |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2010, I served the Summons and Complaint to Determine the Extent of the Lien of Green Tree and to Avoid Security Interest in Real Property on Green Tree, along with Exhibits A-E, by personally delivering it to and serving it on the Corporation Company, which is the registered agent for Green Tree, at the registered office located at:

The Corporation Company
30600 Telegraph Rd Ste 2345
Bingham Farms MI 48025

                                                /s/ Ronald S Siegel
                                                Ronald S Siegel (P34082)
                                                RONALD S SIEGEL PC
                                                30150 Telegraph Rd Ste 444
                                                Bingham Farms MI 48025
                                                248.646.4600
                                                ron@siegelpc.com